UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SIMON ISAKOV, *on behalf of himself and all others*               :
*similarly situated*,                                             :
                                                                  :
                              Plaintiff,             :      25-CV-00298 (JAV)
                                                                  :
                -v-                                             :      <u>ORDER</u>
                                                                  :
SMCP USA, Inc.,                                                   :
                                                                  :
                              Defendant.             :
                                                                  X
------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 24, 2025
       New York, New York

                                                                   _____
                                                                   JEANNETTE A. VARGAS
                                                                   United States District Judge